DAVID L. THORNTON et al., Respondents-Appellants, v SHLOMO BARON et al., Defendants, and 390 WEST END ASSOCIATES, L.L.C., Appellant-Respondent.

Submitted January 24, 2005; decided February 15, 2005

Motion to strike material from appellant-respondent's brief denied.

In the Matter of TROY TREYSHAWN J.F., a Child Alleged to be Abandoned. EPISCOPAL SOCIAL SERVICES, Respondent; CARL D., Appellant.

Submitted December 20, 2004; decided February 15, 2005

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that dismissed the appeal from the Family Court order denying appellant's motion to vacate a prior order of that court, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.